IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES ROANE,                          *
               *Plaintiff*,
                             *

    vs.                                 *          Civil Action No.  ABA-25-3526
                             *

HALEY GOSSERAND, *et al.*
               *Defendants*.          *

                       ******

**ORDER**

On February 24, 2026, the Court denied Plaintiff's motion for voluntary dismissal or for a temporary stay and directed Plaintiff to file a response to the Defendants' motion to dismiss within 45 days of that order. ECF No. 23. Thus, the deadline for Plaintiff's response was April 10, 2026. On March 18, 2026, Plaintiff's counsel filed a motion to withdraw as attorney. ECF No. 24. On March 25, 2026, the Court granted this motion and directed Plaintiff to either obtain substitute counsel or notify the Court of his intent to proceed pro se within 30 days of that order—April 24, 2026. ECF No. 26. As of the date of this Order, Plaintiff has not filed a response to the Defendants' motion to dismiss, notified the Court that he has obtained substitute counsel, or notified the Court of his intent to proceed pro se.

Therefore, it is ORDERED that Plaintiff show good cause within 14 days of the date of this order why the complaint should not be dismissed without prejudice for failure to prosecute.

Date: May 5, 2026                          _____
                                          /s/
                             Adam B. Abelson
                             United States District Judge